# OFFICE OF THE
# CHIEF DISCIPLINARY COUNSEL

3335 AMERICAN AVENUE
JEFFERSON CITY, MO 65109-1079
(573) 635-7400    FAX (573) 635-2240

*SUPREME COURT OF MISSOURI*

September 22, 2006

4 05MC236

In Re:      George E. Hudspeth, Jr.
            MO Bar #44524
            10 Northridge Hills Court
            Florissant, MO 63038

Enclosed Order of the Missouri Supreme Court dated August 1, 2006.



# Supreme Court of Missouri

## en banc

August 1, 2006

In re: George E. Hudspeth, Jr., )
)
Respondent. ) Supreme Court No. SC87881
) MBE # 44524

### ORDER

The Chief Disciplinary Counsel having filed an Information advising this Court of its findings, after investigation, that there is probable cause to believe Respondent, George E. Hudspeth, Jr., is guilty of professional misconduct and having filed with said Information, pursuant to Rule 5.13, a Notice of Default, notifying the Court that Respondent, George E. Hudspeth, Jr., failed to timely file an answer or other response within the time required although Respondent was served pursuant to the provisions of Rule 5.18 and Rule 5.11 and, therefore, pursuant to Rule 5.13, Respondent is in default; and

It appearing Respondent is guilty of professional misconduct and should be disciplined;

Now, therefore, it is ordered by the Court that the said George E. Hudspeth, Jr., be, and he is hereby disbarred, that his right and license to practice law in the State of Missouri is canceled and that his name be stricken from the roll of attorneys in this State.

It is further ordered that the said George E. Hudspeth comply in all respects with 5.27 - Notification of Clients and Counsel.

Costs taxed to Respondent.

Day - to - Day

William Ray Price, Jr.
Acting Chief Justice