# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | )|
|---|---|
|**IN THE MATTER OF:** | ) |
| | ) |
|**GEORGE E. HUDSPETH, Jr.** | )   4:05 MC 236 CEJ |
| | ) |

## ORDER

This Court was initially advised by receipt of a certified copy of the April 6, 2005 order of the Supreme Court of Missouri, entered in **In re: George E. Hudspeth, Jr.**, Cause No. 86004, indicating that George E. Hudspeth, Jr. was suspended from the practice of law by the Supreme Court of Missouri. Thereafter, the Supreme Court of Missouri entered an order on August 1, 2006 disbarring George E. Hudspeth, Jr. and striking his name from the roll of attorneys authorized to practice law in Missouri.

George E. Hudspeth, Jr. has been admitted to practice before this Court and is currently suspended pursuant to an order entered July 5, 2005. In accordance with Local Rule 12.02 and the Rules of Disciplinary Enforcement, this Court issued its order dated October 17, 2006 directing George E. Hudspeth, Jr. to show cause in writing within thirty days after service of that order why the identical discipline prescribed by the Supreme Court of Missouri on August 1, 2006 should not be imposed by this Court. The order was served by certified mail at Respondent's last know address on October 25, 2006, and proof of delivery was filed in the record of the case on October 26, 2006. No response has been filed by Respondent in the time required by the Court's order to show cause. This Court therefore finds that the identical discipline ordered by the

Supreme Court of Missouri should be imposed on George E. Husdpeth, Jr. pursuant to the rules of this Court.

Accordingly,

**IT IS HEREBY ORDERED** that George E. Hudspeth, Jr. is disbarred and his name is stricken from the roll of attorneys authorized to practice law in the United States District Court for the Eastern District of Missouri.

Dated this 10th day of April, 2007.

**BY THE COURT:**

_____
Chief Judge Carol E. Jackson

_____
Judge Jean C. Hamilton

_____
Judge Charles A. Shaw

_____
Judge Catherine D. Perry

_____
Judge E. Richard Webber

_____
Judge Rodney W. Sippel

_____
Judge Henry E. Autrey